IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PIERRE D. JONES**                                             **PLAINTIFF**

v.                                                **CAUSE NO. 1:20CV25-LG-RPM**

**GULF COAST RESTAURANT
GROUP INC.; HALF SHELL
OYSTER HOUSE BILOXI
LLC; and CHAD HENSON,
Individually**                                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that the defendants are entitled to summary judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Pierre D. Jones's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2021.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               UNITED STATES DISTRICT JUDGE