IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PIERRE JONES**                                                                      **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 1:20-CV-00025-LG-RPM**

**GULF COAST RESTAURANT**                                                **DEFENDANTS**
**GROUP, INC., HALF SHELL**
**OYSTER HOUSE BILOXI, LLC, AND**
**CHAD HENSON**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1. Order granting Motion for Summary Judgment (signed by Judge Louis Guirola, Jr. – CIVIL DOCKET DOCUMENT NO. 42)

2. Judgment (signed by Judge Louis Guirola, Jr. – CIVIL DOCKET DOCUMENT NO. 43)

This, the 25th day of January, 2021.

                Respectfully submitted,

                PLAINTIFF

                By: <u>/s Nick Norris</u>
                    LOUIS H. WATSON, JR.  (MB# 9053)
                    NICK NORRIS (MB # 101574)

                Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive
Suite G
Jackson, Mississippi 39216
Phone: (601) 968-0000
Fax: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served, via ECF, a true and correct copy of the above and foregoing document to all counsel of record:

SO CERTIFIED, this the 25th day of January, 2021.

/s Nick Norris
NICK NORRIS